940

No. 1847, Misc. BORK *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1848, Misc. SEARLES *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 1851, Misc. LISCIANDRELLO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1854, Misc. LOWRIE *v.* SIGLER. C. A. 8th Cir. Certiorari denied.

No. 1856, Misc. DAVIS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1861, Misc. HUGHES *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. *W. Edward Morgan* for petitioner. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 1862, Misc. DOWNIE *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied. *John H. Wessel* for petitioner.

No. 1864, Misc. HARRIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1891, Misc. STEIGLER *v.* DELAWARE. Super. Ct. Del., New Castle County. Certiorari denied. *William E. Taylor, Jr.,* for petitioner.